ANDREA T. MARTINEZ, United States Attorney (9313)
BRADY WILSON, Assistant United States Attorney (17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
brady.wilson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS TRUJILLO-MENDEZ,<br><br>Defendant. | Case No. 4:22-mj-00064-PK<br><br>FELONY COMPLAINT<br><br>VIOLATIONS:<br><br>COUNT I: 21 U.S.C. § 841(a)(1), Possession of Cocaine with Intent to Distribute (>500 grams);<br><br>COUNT II: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (>100 grams). |

Before the Honorable Paul Kohler, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Cocaine with Intent to Distribute)

On or about April 25, 2022, in the District of Utah,

**LUIS TRUJILLO-MENDEZ,**

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**COUNT II**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 25, 2022 in the District of Utah,

**LUIS TRUJILLO-MENDEZ,**

defendant herein, did knowingly and intentionally possess with intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

**AFFIDAVIT IN SUPPORT OF FELONY COMPLAINT**

I, Cole Douglas, the undersigned affiant states the following is true and correct to the best of my knowledge and belief:

1. I have been a fully-certified, Category One Peace Officer for over 23 years in the State of Utah. I am employed by the Utah Highway Patrol (UHP) and am currently assigned as an Agent with the Utah State Bureau of Investigation. I am also a member of the Narcotics Unit of the Iron/Garfield/Beaver Counties Task Force and am a deputized

federal Task Force Officer with the Drug Enforcement Administration. One of my primary responsibilities is the investigation of felony drug crimes that occur in Utah. Earlier in my career I was a member of the UHP criminal interdiction and canine team for over 5 years. I have been involved with hundreds of cases in my career including cases that deal with weapons offenses, sexual exploitation of a minor, prescription fraud, drug use, drug sales, drug trafficking, credit card fraud, re-encoding credit cards, theft, identity theft and other felony cases. I have been to numerous trainings on the topics of highway interdiction, drug interdiction, interview and interrogation, processing crime scenes, advanced homicide investigations and cyber-crimes. I have maintained ongoing training of a minimum of 40 hours per year for my entire 23-year career. Based on my training and experience as a narcotics agent, I am familiar with the methods and practices of trafficking in illegal drugs and in the transportation, concealing, and distribution of those illegal drugs.

2. I am familiar with, and participated, in the investigation of Luis Trujillo-Mendez in April 2022.

3. On April 25, 2022, a UHP Trooper was on patrol on I-70 when he made a traffic stop of a vehicle for a window tint violation.

4. The vehicle was occupied by Trujillo and an adult female.

5. During the traffic stop, the Trooper became suspicious of criminal activity and requested a K9 officer. A K9 officer responded. The K9 alerted to the odor of illegal drugs coming from the vehicle.

6. The female admitted that she had personal use marijuana wax in the vehicle and that she did not possess a medical marijuana card.

7. Troopers conducted a probable cause search of the vehicle and located four separate kilogram-shaped packages. Three packages were wrapped in black tape and one package was wrapped in brown tape. The three black packages were suspected of containing cocaine and the brown package was suspected of containing heroin. The three suspected cocaine packages were marked with "CH".

8. Troopers noticed that the shoe box containing one of the suspected cocaine packages had some loose white powder in it that they believed came from the cocaine package. They field tested some of that loose powder and it tested positive for cocaine.

9. The lone package wrapped in brown tape had white powder embedded in the tape on the exterior of the package that Troopers thought may be fentanyl. Due to the significant risks associated with the field testing of items contaminated with fentanyl, this package was not field tested. However, I observed that this package had the strong and unmistakable odor of heroin coming from it. As such, I believe, based on my training and significant experience with heroin, that this package contains heroin.

10. The packages have been submitted to the Utah State Crime Lab for testing. The joint weight of the three packages suspected to contain cocaine is 3.39 kilograms (3,390 grams) and the total weight of the package suspected to contain heroin is just over one kilogram (1,000 grams).

11. I conducted post-Miranda interviews of the female and Trujillo. The female

said the two were on the way to Colorado, though she didn't know where. She admitted knowledge of the marijuana wax and drug paraphernalia but denied all knowledge of the other drugs that were found.

12. Trujillo stated that he was being paid to transport the drug packages to Denver. He stated that he was instructed to call a phone number from Mexico when he got to Denver to receive instructions on what to do with the packages when he arrived. He stated that the female did not have knowledge of the large amounts of drugs.

13. Based on the foregoing information, I respectfully request that a warrant of arrest be issued for Luis Trujillo-Mendez for violations of 21 U.S.C. § 841(a)(1), Possession of Cocaine / Heroin with Intent to Distribute.

DATED this 2nd day of MAY, 2022.

COLE DOUGLAS, Agent
Utah State Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this 02 day of MAY, 2022.

PAUL KOHLER
United States Magistrate Judge

ANDREA T. MARTINEZ
Assistant United States Attorney

BRADY WILSON
Assistant United States Attorney